# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 17-8451-GW(PLAx) | Date | January 10, 2018 |
|---|---|---|---|
| Title | *Francisco Gomez v. Mortgage Electric Registration Systems, Inc., et al.* | | |

Present: The Honorable GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

None Present None Present

**PROCEEDINGS:     IN CHAMBERS - COURT ORDER**

      Plaintiff's Ex Parte Application to Remand Case to State Court (Docket No. 18) is DENIED without prejudice. Plaintiff has failed to set forth a reason why his request should be considered on an expedited ex parte basis rather than a normal motion. Plaintiff is permitted to file a properly noticed motion to remand that fully complies with the FRCP and relevant Local Rules. Plaintiff is directed to file said motion prior to the Scheduling Conference currently set for January 25, 2018. At that time, the Court will discuss scheduling matters and if necessary, sequence the then pending motions accordingly.

Initials of Preparer     JG